UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:08MC125 ERW |
| | ) |
| JAIMES D. MCNEAL, | ) |
| | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on the Court's Show Cause Order dated March 4, 2008. The Petitioner and the Respondent having appeared before this Court on the 16th of June 2008, and based upon the Petition filed in this action and the exhibits attached thereto, including the Declaration of Lisa Watkins, Revenue Officer for the Internal Revenue Service,

**IT IS HEREBY ORDERED** that Respondent Jaimes D. McNeal comply with the Internal Revenue Service summons issued October 15, 2007;

**IT IS FURTHER ORDERED** that Respondent Jaimes D. McNeal obey each and every requirement of the October 15, 2007, summons, in particular, that he attend, testify, and produce the books, papers, records, or other data as is required and called for by the terms of the summons, before Lisa Watkins no later than July 14, 2008;

**IT IS FURTHER ORDERED** that in accordance with the summons and the Petition, Respondent Jaimes D. McNeal shall produce, to wit:

> All documents and records Respondent possesses or controls reflecting the receipt of taxable income by Respondent for the calendar years ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005,

1

and December 31, 2006, including but not limited to the following for the above calendar years: statements of wages, statements regarding interest or dividend income, employee earnings statements, records of deposits to bank accounts, and any and all other books, records, documents, and receipts regarding wages, salaries, tips, fees, commissions, and any other compensation for services (including gains from dealings in property, interest, rental, royalty and dividend income, alimony, annuities, income life insurance policies and endowment contracts, pensions, income from the discharge of indebtedness, distributive shares of partnership gross income, and income from an estate or trust).

The time frame for the documents to be produced according to the summons and Petition encompass not only the periods of calendar years 2001 through 2006, but also extends through the date of this Order; and

**IT IS FURTHER ORDERED** that this matter be continued until July 14, 2008, at 4:00 p.m., at which time Respondent, Jaimes D. McNeal, shall appear before the undersigned, in Courtroom No. 12 South, of the Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri 63102.

**SO ORDERED:**

_____
HONORABLE E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

Dated this 17th day of June 2008.